1  SEYFARTH SHAW LLP
   Pamela Q. Devata (*pro hac vice to be submitted*)
   pdevata@seyfarth.com
   233 South Wacker Drive
   Chicago, IL 60606
   Telephone:  (312) 460-5000
   Facsimile:  (312) 460-7000

   SEYFARTH SHAW LLP
   Courtney Stieber (*pro hac vice to be submitted*)
   cstieber@seyfarth.com
   620 Eighth Avenue
   New York, New York 10018
   Telephone:  (212) 218-5500
   Facsimile:  (212) 218-5526

   SEYFARTH SHAW LLP
   Eric E. Suits (SBN 232762)
   esuits@seyfarth.com
   400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
   Telephone:  (916) 448-0159
   Facsimile:  (916) 558-4839

   Attorneys for Defendants
   DELOITTE CONSULTING LLP

   KINGSLEY & KINGSLEY, APC
   Eric B. Kingsley (SBN 185123)
   eric@kingsleykingsley.com
   Kelsey M. Szamet (SBN 260264)
   kelsey@kingsleykingsley.com
   David Keledjian (SBN 309135)
   david@kingsleykingsley.com
   16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
   Telephone: (818) 990-8300
   Facsimile:  (818) 990-2903

   DAVTYAN LAW FIRM, INC.
   Emil Davtyan (SBN 299363)
   emil@davtyanlaw.com
   880 E Broadway
   Glendale, California 91205
   Telephone: (818) 875-2008
   Facsimile: (818) 722-3974

   Attorneys for Plaintiff
   LUCAS VALADEZ and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS VALADEZ, an individual, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:19-cv-07073-BLF<br><br>**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

1  WHEREAS, Plaintiff Lucas Valadez filed a complaint in the above-entitled action in the United States District Court for the Northern District of California, Case No. 5:19-cv-07073-SVK (the "Complaint") against Defendant on October 28, 2019;

WHEREAS, Plaintiff's Complaint alleges two causes of action against defendant Deloitte Consulting, LLP for: (1) Violation of the Fair Credit Reporting Act for Failure to Make Disclosures, 15 U.S.C. § 1681b(b)(2)(A)(i); and Violation of the Fair Credit Reporting Act for Failure to Obtain Proper Authorization, 15 U.S.C. § 1681b(b)(2)(A)(ii);

WHEREAS, Plaintiff brought both causes of action on behalf of himself and on behalf of all similarly situated employees;

WHEREAS, Plaintiff and defendant Deloitte Consulting, LLP resolved this matter as to Plaintiff's individual claims on March 18, 2020;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel that the Complaint should be dismissed <u>with</u> prejudice as to Plaintiff's individual claims and <u>without</u> prejudice as to the class claims pursuant to Fed. Rules Civ. Proc., Rule 41(a)(a)(A)(ii). Each party will bear its own expenses, costs, and attorneys' fees.

///
///
///

Respectfully submitted,

DATED: April 17, 2020                          SEYFARTH SHAW LLP


By: /s/ Eric Suits
   Pamela Q. Devata (*pro hac vice* forthcoming)
   Courtney S. Stieber (*pro hac vice* forthcoming)
   Eric Suits
Attorneys for Defendant
DELOITTE CONSULTING LLP


DATED: April 17, 2020                          KINGSLEY & KINGSLEY, APC


By: /s/ Eric B. Kingsley
   Eric B. Kingsley
   Kelsey M. Szamet
   David Keledjian

Attorneys for Plaintiff
LUCAS VALADEZ and Proposed Class

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PROPOSED ORDER**

The Court having considered the stipulation of the Parties, orders as follows:

1. The Complaint is dismissed with prejudice as to plaintiff Lucas Valadez's individual claims.

2. The Complaint is dismissed without prejudice as to the class claims.

3. Each Party shall bear their own costs and attorneys' fees.

4. The Court shall retain jurisdiction of this matter to enforce the terms of the March 18, 2020 settlement agreement.

IT IS SO ORDERED:

DATED: April ___, 2020

By: _____
The Honorable Judge Beth Labson Freeman
United States District Court Judge
Northern District of California